UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jessica LaPointe,<br><br>                    Plaintiff,<br>     v.<br><br>Collection Technology, Inc.; and DOES 1-10, inclusive,<br><br>                    Defendant. | Civil Action No.:  1:11-cv-01068-WMS |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: January 31, 2012

                                                                        Respectfully submitted,

                                                                        PLAINTIFF, Jessica LaPointe

                                                                        /s/ Sergei Lemberg

                                                                        Sergei Lemberg, Esq. (SL 6331)
                                                                        **LEMBERG & ASSOCIATES L.L.C.**
                                                                        300 International Drive, Suite 100
                                                                        Williamsville, NY 14221
                                                                        Telephone: (203) 653-2250
                                                                        Facsimile:  (203) 653-3424
                                                                        slemberg@lemberglaw.com
                                                                        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                 By <u>/s/ Sergei Lemberg</u>

                                                   Sergei Lemberg