UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jessica LaPointe, | : |
| | : |
| | : Civil Action No.: 1:11-cv-01068-WMS |
| Plaintiff, | : |
| v. | : |
| | : |
| Collection Technology, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
### PURSUANT TO RULE 41(a)

Jessica LaPointe ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 23, 2012

    Respectfully submitted,

    By: /s/ Sergei Lemberg

    Sergei Lemberg (SL 6331)
    LEMBERG & ASSOCIATES L.L.C.
    300 International Drive, Suite 100
    Williamsville, NY 14221
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 23, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Sergei Lemberg

                                            Sergei Lemberg